UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF SACRAMENTO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL J. ALTSTATT,<br><br>　　　　Defendant. | No. 2:16-cv-2449 GEB DB PS<br><br><br>ORDER |

Defendant is proceeding pro se with the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On November 30, 2016, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. Defendant has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations filed November 30, 2016 (ECF No. 9) are adopted in full;

1

2. This matter is summarily remanded to the Sacramento County Superior Court; and

3. This case is closed.

Dated: January 18, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

/sacramento2449.jo

2